FILED
June 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Carlos Gabriel Matos | **Case No :** | 10-25835 - E - 13L |
| | | **Date :** | 5/25/10 |
| | | **Time :** | 02:00 |

**Matter :** [15] - Motion/Application to Confirm/Modify Chapter 13 Plan [BJH-3] Filed by Debtor Carlos Gabriel Matos (jdas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
   Neil Enmark (for the Trustee)

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the Motion to Confirm the Plan is denied.

Dated: June 01, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court