FILED
October 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003002869

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 10-25835-E-13L |
| | ) | DCN: TSB-1 |
| | ) | |
| CARLOS GABRIEL MATOS, | ) | DECLARATION OF KARI STEWART IN SUPPORT OF MOTION TO DISMISS CASE |
| | ) | |
| | ) | DATE: NOVEMBER 30, 2010 |
| | ) | TIME: 10:00 A.M. |
| | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

I, Kari Stewart, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by LAWRENCE J. LOHEIT, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

1　　　　3. I have reviewed the Trustee's records and show that Debtors Motion to Confirm, (BH-

2　2) was heard and denied by this Court at the hearing on September 7, 2010. No subsequent

3　amended plan or Motion to Confirm has been filed to date.

4

5　　　I declare under penalty of perjury that the foregoing is true and correct.

6　　　Executed on OCTOBER 15, 2010, at Sacramento, California.

7　　　　　　　　　　　　　　　　　　　/ S / KARI STEWART
　　　　　　　　　　　　　　　　　　　Kari Stewart, Paralegal
8