FILED
October 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003002872

**2**

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 10-25835-E-13L |
| ) | DCN: TSB-1 |
| ) | |
| CARLOS GABRIEL MATOS, ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | DATE: NOVEMBER 30, 2010 |
| ) | TIME: 10:00 A.M. |
| ) | JUDGE: SARGIS |
| ) | COURTROOM: 33 |
| Debtor(s) ) | |

I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is P.O. Box 1858, Sacramento, California 95812-1858.

On OCTOBER 15, 2010, I filed electronically with the Court and served the attached NOTICE OF MOTION, MOTION TO DISMISS CASE, AND DECLARATION IN SUPPORT THEREOF on the interested parties by sending a true copy thereof to the e-mail address below or

by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below.

Carlos Gabriel Matos
404 Dresbach Wy
Davis CA, 95618

BRADFORD HODACH ESQ
1212 BROADWAY #706
OAKLAND CA, 94612.

Office of the United States Trustee
antonia.darling@usdoj.gov
edmund.gee@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on OCTOBER 15, 2010 at Sacramento, California.

/ S / KARI STEWART
Kari Stewart, Paralegal